IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT ROBINETT                                                    PLAINTIFF

V.                                           NO. 11-3034

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration          DEFENDANT


# J U D G M E N T

    For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the decision of the ALJ. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

    IT IS SO ORDERED AND ADJUDGED this 4th day of June, 2012.


/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE